PS 42
(Rev. 7/93)

# United States District Court
## Eastern District Of Tennessee

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| David Shane Hopkins ) | Case No. 3:14-CR-00102-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___David Shane Hopkins___, have discussed with ___Corey Miller___, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

**Bond condition added and modified:**

- **(t) Defendant shall participate in specific individual crisis management treatment and mental health medication management as deemed appropriate by the pretrial services office or supervising officer.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/6/2014       _Corey Miller_  Corey Miller
Signature of Defendant         Date                   2014.09.17 14:41:53 -04'00'
                                                Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                           9/30/14
Signature of Defense Counsel                            Date

[✓] The above modification of conditions of release is ordered, to be effective on   10/6/2014   .
[ ] The above modification of conditions of release is *not* ordered.

_____                          10/22/14
Signature of Judicial Officer                           Date

Case 3:14-cr-00102-PLR-CCS   Document 14   Filed 10/22/14   Page 1 of 1   PageID #: 25